**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SHANNON BOYLE
ADC # 116113                                                                                              PLAINTIFF

V.                                            5:09-CV-00279-JMM-JJV

GAYLON LAY, Warden, Cummins Unit,
Arkansas Department of Correction; VERNON
ROBERTSON, Major, Cummins Unit, Arkansas
Department of Correction; DONALD TATE,
Captain, Cummins Unit, Arkansas Department
of Correction; PERCY ARNOLD, Lt., Cummins
Unit, Arkansas Department of Correction; and
MICHAEL MOSELEY, Cummins Unit,
Arkansas Department of Correction                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 10th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE